BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF 228 Sutton Way Apt E115, Grass Valley, CA 95945 | Case No. 2:12-sw-00845-EFB<br>**ORDER TO UNSEAL SEARCH WARRANT AND SEARCH WARRANT AFFIDAVIT** |

**ORDER TO UNSEAL**

Upon Application of the United States of America, IT IS HEREBY ORDERED that the search warrant and the search warrant affidavit in the above-captioned matter be, and is, hereby ordered unsealed.

DATED: December 19, 2012


/s/ Carolyn K. Delaney_____
Hon. Carolyn K. Delaney
UNITED STATES MAGISTRATE JUDGE

1